FILED BY FAX

FILED
'08 APR 18 PM 2:26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

1  Dean T. Kirby, Jr., Bar No. 090114
2  KIRBY & McGUINN, A P.C.
   600 B Street, Suite 1950
3  San Diego, CA 92101-4515
   Telephone: (619) 985-4000
4  Facsimile: (619) 685-4004
   dkirby@kirbymac.com
5
   Louis W. Diess, III
6  McCARRON & DIESS
   4900 Massachusetts Ave., N.W., Suite 310
7  Washington, D.C. 20016
   Telephone: (202) 364-0400
8  Facsimile: (202) 364-2731
   ldiess@mccarronlaw.com
9
10 Attorneys for Plaintiff

11          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
12
13 CHIQUITA FRESH, N.A., L.L.C.         :
                                         :
14            Plaintiff                  :   '08 CV 714    JLS (POR)
                                         :
15       v.                              :   Civil Action No: _____
                                         :
16 SAMMY'S PRODUCE, INC., et al         :   **CERTIFICATION OF
                                         :   INTERESTED PARTIES**
17            Defendants                 :

18       The undersigned counsel of record for Plaintiff certifies that the following listed

19 parties have a direct pecuniary interest in the outcome of this case. These

20 representations are made to enable the Court to evaluate possible disqualification or

21 recusal:

22
       Party                                    Interest/Connection
23
24 CHIQUITA FRESH, N.A., L.L.C.                 Plaintiff
   250 East Fifth Street
25 Cincinnati, Ohio 45202

26
   SAMMY'S PRODUCE, INC.                        Defendant
27 1635 Rosencrans Street, Suite D
   San Diego, California 92106
28

| | |
|---|---|
| YAN SKWARA<br>1635 Rosencrans Street, Suite D<br>San Diego, California 92106 | Defendant |
| SAMUEL V. NUCCI<br>1635 Rosencrans Street, Suite D<br>San Diego, California 92106 | Defendant |
| DARIN PINES<br>1635 Rosencrans Street, Suite D<br>San Diego, California 92106 | Defendant |

Dated this 14th day of April, 2008

        KIRBY & McGUINN, A P.C.

By: _____
Dean T. Kirby, Jr., Bar No. 090114
600 B Street, Suite 1950
San Diego, California 92101-4515
(619) 685-4000

McCARRON & DIESS

By: _____
Louis W. Diess, III
4900 Massachusetts Ave., N.W.
Suite 310
(202) 364-0400
(202) 364-2731 fax

Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | | |
| 2 | YAN SKWARA | Defendant |
| | 1635 Rosencrans Street, Suite D | |
| 3 | San Diego, California 92106 | |
| 4 | SAMUEL V. NUCCI | Defendant |
| | 1635 Rosencrans Street, Suite D | |
| 5 | San Diego, California 92106 | |
| 6 | DARIN PINES | Defendant |
| | 1635 Rosencrans Street, Suite D | |
| 7 | San Diego, California 92106 | |
| 8 | Dated this 17th day of April, 2008 | |

KIRBY & McGUINN, A P.C.

By: _____
Dean T. Kirby, Jr., Bar No. 090114
600 B Street, Suite 1950
San Diego, California 92101-4515
(619) 685-4000

McCARRON & DIESS

By: _____
Louis W. Diess, III
4900 Massachusetts Ave., N.W.
Suite 310
(202) 364-0400
(202) 364-2731 fax

Attorneys for Plaintiff