Dean T. Kirby, Jr., Bar No. 090114
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, CA 92101-4515
Telephone: (619) 685-4000
Facsimile: (619) 685-4004
dkirby@kirbymac.com

Louis W. Diess, III
McCARRON & DIESS
4900 Massachusetts Ave., N.W., Suite 310
Washington, D.C. 20016
Telephone: (202) 364-0400
Facsimile: (202) 364-2731
ldiess@mccarronlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH, N.A., L.L.C. | |
| Plaintiff | Civil Action No: 08-CV714 JLS(POR) |
| v. | **APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH NOTICE** |
| SAMMY'S PRODUCE, INC., et al | |
| Defendants | |

## I. APPLICATION

Upon the verified affidavit of Joe Beckman, a credit and collections specialist for Chiquita Fresh, N.A., L.L.C., and the accompanying memorandum of points and authorities in support, plaintiff hereby moves the Court to issue a temporary restraining order under Rule 65 of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant to Section 5(c) of the Perishable Agriculture Commodities Act, 7 U.S.C. §499e(c), by restraining the transfer of any and all assets of Sammy's Produce, Inc., until there is payment to plaintiff of $73,545.90, pending the entry of a Preliminary Injunction Order.

## II. GROUNDS

This application is made pursuant to Rule 65 of the Federal Rules of Civil Procedure. As set forth more fully in the accompanying Memorandum of Points and Authorities, defendants are in violation of their obligations as trustees under the statutory trust provisions of the PACA for failing and continuing to fail to preserve PACA trust assets and to pay plaintiff for the produce supplied.

## III. DOCUMENTS

The relief requested is based on this Application, the accompanying Memorandum of Points and Authorities, the verified declaration of Joe Beckman, a credit and collections specialist of plaintiff, the proposed Order, the documents on file in his action, and such other evidence as may be presented to the Court at the hearing on this matter.

Dated this 17th day of April, 2008

                KIRBY & McGUINN, A P.C.

By: _____
Dean T. Kirby, Jr., Bar No. 090114
600 B Street, Suite 1950
San Diego, California 92101-4515
(619) 685-4000

McCARRON & DIESS

By: _____
Louis W. Diess, III
4900 Massachusetts Ave., N.W.
Suite 310
(202) 364-0400
(202) 364-2731 fax

Attorneys for Plaintiff

---

Chita Fresh v. Sammy's Produce, et al.                Case No.
Application for Temporary Restraining Order Without Notice      Page 2

## II. GROUNDS

This application is made pursuant to Rule 65 of the Federal Rules of Civil Procedure. As set forth more fully in the accompanying Memorandum of Points and Authorities, defendants are in violation of their obligations as trustees under the statutory trust provisions of the PACA for failing and continuing to fail to preserve PACA trust assets and to pay plaintiff for the produce supplied.

## III. DOCUMENTS

The relief requested is based on this Application, the accompanying Memorandum of Points and Authorities, the verified declaration of Joe Beckman, a credit and collections specialist of plaintiff, the proposed Order, the documents on file in his action, and such other evidence as may be presented to the Court at the hearing on this matter.

Dated this 17th day of April, 2008

        KIRBY & McGUINN, A P.C.

By:_____
Dean T. Kirby, Jr., Bar No. 090114
600 B Street, Suite 1950
San Diego, California 92101-4515
(619) 685-4000

McCARRON & DIESS

By:_____
Louis W. Diess, III
4900 Massachusetts Ave., N.W.
Suite 310
(202) 364-0400
(202) 364-2731 fax

Attorneys for Plaintiff

---

Chita Fresh v. Sammy's Produce, et al.  
Application for Temporary Restraining Order Without Notice

Case No.  
Page 2