Dean T. Kirby, Jr., Bar No. 090114
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, CA 92101-4515
Telephone: (619) 685-4000
Facsimile: (619) 685-4004
dkirby@kirbymac.com

Louis W. Diess, III
McCARRON & DIESS
4900 Massachusetts Ave., N.W., Suite 310
Washington, D.C. 20016
Telephone: (202) 364-0400
Facsimile: (202) 364-2731
ldiess@mccarronlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| CHIQUITA FRESH, N.A., L.L.C. | : | |
|---|---|---|
| | : | Civil Action No: 08-CV714 JLS(POR) |
| Plaintiff | : | |
| | : | **DECLARATION IN SUPPORT** |
| v. | : | **OF APPLICATIONS FOR** |
| | : | **TEMPORARY RESTRAINING** |
| SAMMY'S PRODUCE, INC., et al | : | **ORDER WITH NOTICE** |
| | : | **AND PRELIMINARY INJUNCTION** |
| Defendants | : | |

Joe Beckman, being duly sworn, deposes and says:

1.   I am a credit and collections specialist of Chiquita Fresh, N.A., L.L.C. ("Chiquita"), and make this Affidavit in support of an application for emergency relief pursuant to Rule 65 of the Federal Rules of Civil Procedure.

2.   I am personally familiar with all matters which are the subject of this proceeding and the facts set forth in this declaration are within my personal knowledge. If called upon as a witness, I would and could competently testify to all facts stated in this declaration.

3.   Chiquita is a limited liability corporation with a principal place of business in Cincinnati, Ohio, which sells wholesale quantities of perishable agricultural commodities (hereafter "produce").  Chiquita is a produce dealer subject to and licensed under the

Declaration in Support of Application for Temporary Restraining Order
With Notice and Preliminary Injunction - 1

Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499a *et. seq.* (hereafter "PACA").

4.  a.  Sammy's Produce, Inc. ("Sammy's Produce") is a produce dealer as defined by 7 U.S.C. §499a and operates subject to and is licensed under the PACA.

b.  Upon information and belief, Yan Skwara, Samuel V. Nucci and Darin Pines are and were responsible for the day-to-day operations of Sammy's Produce during the time in question and were in a position of control over the PACA trust assets belonging to Chiquita.

5.  The sales and accounts receivable records of Chiquita including invoices and account statements, are made in the ordinary course of business and are made at or near the time of the occurrence of the event of which they are a record.  These business records are made by me or under my direction and supervision by employees whose duty it is to prepare such documents.

6.  My responsibilities include monitoring the sale of produce, including those sales that are the subject of this dispute.  My responsibilities also include supervising collection of the accounts receivable for such sales, including Sammy's Produce's account which is the subject of the present application.  I have custody and control of the sales and accounts receivable records of Chiquita as they relate to Sammy's Produce and I am thoroughly familiar with the manner in which those records are compiled.

7.  Between February 15, 2008 and March 12, 2008, Chiquita sold and delivered to defendants, in interstate commerce, various wholesale lots of produce worth $73,545.90 which remains unpaid.  (Copies of the outstanding invoices are attached hereto as Exhibit 1.)

8.  Defendants accepted the produce received from Chiquita.

9.  Chiquita preserved its interest in the PACA trust in the amount of $73,545.90 by timely delivering invoices to defendants, which contained the language

required under Section 5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c). (See Exhibit 1 attached hereto.)

10. Defendants are obligated to hold in trust all produce-related assets received from the sale of produce in order to pay $73,545.90 to Chiquita.

11. On April 10, 2008, I spoke with Tiffany in the accounts payable department of Sammy's Produce to request payment. Tiffany told me that Sammy's Produce was having severe cash flow problems and under strict orders from management not to pay any invoices. Tiffany then told me that she was not sure if and when payment would be made to Chiquita.

12. Defendants' failure, refusal and inability to pay, demonstrate that defendants are failing to maintain sufficient assets in the statutory trust, and are dissipating assets.

13. Unless the assets of the defendant corporation are frozen, it is likely the trust assets will continue to be dissipated. As a result, Chiquita will suffer immediate and irreparable harm because it will lose the trust assets and rights that are owed under the statute.

14. No provisional remedy has been secured or sought in this action, and no prior application has been made for the same or similar relief as is sought herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15th, 2008

CHIQUITA FRESH, N.A., L.L.C.

_____
Joe Beckman

Subscribed and sworn to before me this ___ day of April, 2008.

_____
Notary Public

My commission expires: 9-4-2012

Declaration in Support of Application for Temporary Restraining Order
With Notice and Preliminary Injunction - 3

2/13/08   INVOICE LL3802 - 001

# INVOICE



Page   1

REMIT TO:
CHIQUITA FRESH NA (FRUPAC)
3005 SOLUTIONS CENTER
CHICAGO, IL  60677-3000

Chiquita Fresh North America L.L.C.

SOLD TO:
SAMMY'S PRODUCE
1280 N. MELROSE
P.O. BOX 0095
VISTA, CA  92083-3469
SAMMYCA

SHIP TO:
SAMMY'S PRODUCE
1280 N. MELROSE
P.O. BOX 0095
VISTA, CA  92083
SAMMYCA

IF NAME AND/OR ADDRESS IS OTHER THAN SHOWN PLEASE CORRECT ON REMITTANCE COPY

SEE BACK OF INVOICE REGARDING MEXICAN TOMATO SUSPENSION AGREEMENT

| PURCHASE ORD. | SALES TERMS | SHIP DATE | PAYMENT TERMS | DUE DATE | INTERNAL INFORMATION |
|---|---|---|---|---|---|
| NA | F | 2/13/08 | NET 10 | 2/24/08 | |

| QUANT. | PRODUCT CODE | | | | PRICE PER | AMOUNT |
|---|---|---|---|---|---|---|
| 84 | CU  CU  CUCUMBER | | | | 5.85 | 491.40 |
|  | 30V | CQ | | PL | | |
| 84 | Total | | | SALES AMOUNT | | 491.40 |
|  |  | | | OTHER COST AMOUNT | | |

REMARKS   CURRENCY   USD           TOTAL AMOUNT DUE:   491.40

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED

TERMS OF SALE FOR THIS TRANSACTION ARE STATED ON THE REVERSE SIDE OF THIS INVOICE

Exhibit 1 Page 1 of 8

2/15/08     INVOICE LE3803 - 001

# INVOICE

Page 1

**Chiquita Fresh North America L.L.C.**

REMIT TO:
CHIQUITA FRESH NA (FRUPAC)
3005 SOLUTIONS CENTER
CHICAGO, IL 60677-3000

SOLD TO:
SAMMY'S PRODUCE
1280 N. MELROSE
P.O. BOX 0095
VISTA, CA 92083-3469
SAMMYCA

SHIP TO:
SAMMY'S PRODUCE
1280 N. MELROSE
P.O. BOX 0095
VISTA, CA 92083
SAMMYCA

IF NAME AND/OR ADDRESS IS OTHER THAN SHOWN PLEASE CORRECT ON REMITTANCE COPY

SEE BACK OF INVOICE REGARDING MEXICAN TOMATO SUSPENSION AGREEMENT

| PURCHASE ORD. | SALES TERMS | SHIP DATE | PAYMENT TERMS | DUE DATE | INTERNAL INFORMATION |
|---|---|---|---|---|---|
| NA | F | 2/15/08 | NET 10 | 2/25/08 | |

| QUANT. | PRODUCT CODE | PRICE PER | AMOUNT |
|---|---|---|---|
| 790 | TM  TM  ROMA TOMATO  25V  CQ  SM | 5.85 | 4,621.50 |
| 790 | Total | SALES AMOUNT | 4,621.50 |
| | | OTHER COST AMOUNT | |

REMARKS: CURRENCY USD

TOTAL AMOUNT DUE: 4,621.50

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED

TERMS OF SALE FOR THIS TRANSACTION ARE STATED ON THE REVERSE SIDE OF THIS INVOICE

Exhibit 1 Page 2 of 8

2/20/08

INVOICE LL3895 - 001

Page 1

**Chiquita**

Chiquita Fresh North America L.L.C.

## INVOICE

**REMIT TO:**
CHIQUITA FRESH NA (FRUPAC)
3005 SOLUTIONS CENTER
CHICAGO, IL 60677-3000

**SOLD TO:**
SAMMY'S PRODUCE
1280 N. MELROSE
P.O. BOX 0095
VISTA, CA 92083-3469
SAMMYCA

**SHIP TO:**
SAMMY'S PRODUCE
1280 N. MELROSE
P.O. BOX 0095
VISTA, CA 92083
SAMMYCA

IF NAME AND/OR ADDRESS IS OTHER THAN SHOWN
PLEASE CORRECT ON REMITTANCE COPY

SEE BACK OF INVOICE REGARDING MEXICAN TOMATO SUSPENSION AGREEMENT

| PURCHASE ORD. | SALES TERMS | SHIP DATE | PAYMENT TERMS | DUE DATE | INTERNAL INFORMATION |
|---|---|---|---|---|---|
| NA | F | 2/20/08 | NET 10 | 3/02/08 | |

| QUANT. | | | PRODUCT CODE | | | | PRICE PER | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 84 | CU | CU | CUCUMBER 30V | CQ | | PL | 8.95 | 751.80 |
| 1056 | TM | TM | TOMATO 25V | CQ | | 4X4 | 8.95 | 9,451.20 |
| 264 | TM | TM | TOMATO 25V | CQ | | 4X5 | 8.95 | 2,362.80 |
| 175 | TM | TM | TOMATO 25V | CQ | | 5X5 | 10.95 | 1,916.25 |
| 1579 | Total | | | | | | SALES AMOUNT | 14,482.05 |
| | | | | | | | OTHER COST AMOUNT | |

REMARKS   CURRENCY   USD

TOTAL AMOUNT DUE:   14,482.05

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499a(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

TERMS OF SALE FOR THIS TRANSACTION ARE STATED ON THE REVERSE SIDE OF THIS INVOICE

Exhibit 1 Page 3 of 8

2/21/08

INVOICE    LL3897 - 001

# INVOICE

Page   1

Chiquita Fresh North America L.L.C.

REMIT TO:
CHIQUITA FRESH NA (FRUPAC)
3005 SOLUTIONS CENTER
CHICAGO, IL  60677-3000

SOLD TO:
SAMMY'S PRODUCE
1280 N. MELROSE
P.O. BOX 0095
VISTA, CA  92083-3469
SAMMYCA

SHIP TO:
SAMMY'S PRODUCE
1280 N. MELROSE
P.O. BOX 0095
VISTA, CA  92083
SAMMYCA

IF NAME AND/OR ADDRESS IS OTHER THAN SHOWN PLEASE CORRECT ON REMITTANCE COPY

SEE BACK OF INVOICE REGARDING MEXICAN TOMATO SUSPENSION AGREEMENT

| PURCHASE ORD. | SALES TERMS | SHIP DATE | PAYMENT TERMS | DUE DATE | INTERNAL INFORMATION |
|---|---|---|---|---|---|
| NA | F | 2/21/08 | NET 10 | 3/03/08 | |

| QUANT. | | | PRODUCT CODE | | | PRICE PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 98 | PP | GP | GREEN PEPPER | | | 6.95 | 681.10 |
| | | | 30V | CQ | CHOIC | | |
| 800 | TM | TM | ROMA TOMATO | | | 7.95 | 6,360.00 |
| | | | 25V | CQ | MD | | |
| 560 | TM | TM | ROMA TOMATO | | | 8.95 | 5,012.00 |
| | | | 25V | NC | LG | | |
| 1458 | Total | | | | | SALES AMOUNT | 12,053.10 |
| | | | | | | OTHER COST AMOUNT | |

REMARKS    CURRENCY  USD

TOTAL AMOUNT DUE:   12,053.10

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

TERMS OF SALE FOR THIS TRANSACTION ARE STATED ON THE REVERSE SIDE OF THIS INVOICE

Exhibit 1 Page 4 of 8

2/26/08    INVOICE    LL3933 - 001

# INVOICE

Page   1

**Chiquita Fresh North America L.L.C.**

REMIT TO:
CHIQUITA FRESH NA (FRUPAC)
3005 SOLUTIONS CENTER
CHICAGO, IL 60677-3000

SOLD TO:
SAMMY'S PRODUCE
1280 N. MELROSE
P.O. BOX 0095
VISTA, CA 92083-3469
SAMMYCA

SHIP TO:
SAMMY'S PRODUCE
1280 N. MELROSE
P.O. BOX 0095
VISTA, CA 92083
SAMMYCA

IF NAME AND/OR ADDRESS IS OTHER THAN SHOWN PLEASE CORRECT ON REMITTANCE COPY

SEE BACK OF INVOICE REGARDING MEXICAN TOMATO SUSPENSION AGREEMENT

| PURCHASE ORD. | SALES TERMS | SHIP DATE | PAYMENT TERMS | DUE DATE | INTERNAL INFORMATION |
|---|---|---|---|---|---|
| NA | F | 2/26/08 | NET 10 | 3/08/08 | |

| QUANT. | PRODUCT CODE | | | | PRICE PER | AMOUNT |
|---|---|---|---|---|---|---|
| 240 | TM TM | ROMA TOMATO 25V CQ | MD | | 10.95 | 2,628.00 |
| 176 | TM TM | TOMATO 25V CQ | 3X4 | | 10.95 | 1,927.20 |
| 88 | TM TM | TOMATO 25V CQ | 4X5 | | 10.95 | 963.60 |
| 176 | TM TM | TOMATO 25V CQ | 5X5 | | 10.95 | 1,927.20 |
| 176 | TM TM | TOMATO 25V CQ | 5X6 | | 10.95 | 1,927.20 |
| 856 | Total | | | SALES AMOUNT | | 9,373.20 |
| | | | | OTHER COST AMOUNT | | |

REMARKS    CURRENCY   USD

TOTAL AMOUNT DUE:   9,373.20

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED

TERMS OF SALE FOR THIS TRANSACTION ARE STATED ON THE REVERSE SIDE OF THIS INVOICE

Exhibit 1 Page 5 of 8

2/29/08  INVOICE  LL3979 - 001

# INVOICE

Page 1

**REMIT TO:**
CHIQUITA FRESH NA (FRUPAC)
3005 SOLUTIONS CENTER
CHICAGO, IL  60677-3000

Chiquita Fresh North America L.L.C.

**SOLD TO:**
SAMMY'S PRODUCE
1280 N. MELROSE
P.O. BOX 0095
VISTA, CA  92083-3469
SAMMYCA

**SHIP TO:**
SAMMY'S PRODUCE
1280 N. MELROSE
P.O. BOX 0095
VISTA, CA  92083
SAMMYCA

IF NAME AND/OR ADDRESS IS OTHER THAN SHOWN
PLEASE CORRECT ON REMITTANCE COPY

SEE BACK OF INVOICE REGARDING MEXICAN TOMATO SUSPENSION AGREEMENT

| PURCHASE ORD. | SALES TERMS | SHIP DATE | PAYMENT TERMS | DUE DATE | INTERNAL INFORMATION |
|---|---|---|---|---|---|
| NA | F | 2/29/08 | NET 10 | 3/15/08 | |

| QUANT. | PRODUCT CODE | PRICE PER | AMOUNT |
|---|---|---|---|
| 480 | TM  TM  ROMA TOMATO<br>25V   CQ         MD | 8.95 | 4,296.00 |
| 352 | TM  TM  TOMATO<br>25V   NC    4X5 | 8.95 | 3,150.40 |
| 440 | TM  TM  TOMATO<br>25V   NC    5X5 | 8.95 | 3,938.00 |
| 49 | SQ  SQ  GREEN SQ (ITAL)<br>23V   CQ         LG | 3.95 | 193.55 |
| 80 | SQ  SQ  GREEN SQ (ITAL)<br>23V   CQ         MD | 3.95 | 316.00 |
| 239 | SQ  SQ  GREEN SQ (ITAL)<br>23V   CQ         XF | 3.95 | 944.05 |
| 1640 | Total | SALES AMOUNT | 12,838.00 |
| | | OTHER COST AMOUNT | |
| REMARKS  CURRENCY  USD | | TOTAL AMOUNT DUE: | 12,838.00 |

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

TERMS OF SALE FOR THIS TRANSACTION ARE STATED ON THE REVERSE SIDE OF THIS INVOICE

Exhibit 1 Page 6 of 8

```
3/04/08                                                    INVOICE   LL4006 - 001
```

# INVOICE



Page   1

Chiquita Fresh North America L.L.C.

| REMIT TO | SHIP TO |
|---|---|
| CHIQUITA FRESH NA (FRUPAC)<br>3005 SOLUTIONS CENTER<br>CHICAGO, IL  60677-3000 | |

| SOLD TO | SHIP TO |
|---|---|
| SAMMY'S PRODUCE<br>1280 N. MELROSE<br>P.O. BOX 0095<br>VISTA, CA  92083-3469<br>SAMMYCA | SAMMY'S PRODUCE<br>1280 N. MELROSE<br>P.O. BOX 0095<br>VISTA, CA  92083<br>SAMMYCA |

IF NAME AND/OR ADDRESS IS OTHER THAN SHOWN
PLEASE CORRECT ON REMITTANCE COPY

**SEE BACK OF INVOICE REGARDING MEXICAN TOMATO SUSPENSION AGREEMENT**

| PURCHASE ORD. | SALES TERMS | SHIP DATE | PAYMENT TERMS | DUE DATE | INTERNAL INFORMATION |
|---|---|---|---|---|---|
| NA | F | 3/04/08 | NET 10 | 3/15/08 | |

| QUANT. | PRODUCT CODE | | | | PRICE PER | AMOUNT |
|---|---|---|---|---|---|---|
| 146 | TM | TM | TOMATO | | 8.95 | 1,306.70 |
|     |    | 25V | NC | 4X4 | | |
| 616 | TM | TM | TOMATO | | 8.95 | 5,513.20 |
|     |    | 25V | NC | 4X5 | | |
| 606 | TM | TM | TOMATO | | 8.95 | 5,423.70 |
|     |    | 25V | NC | 5X5 | | |
| 323 | TM | TM | TOMATO | | 8.95 | 2,890.85 |
|     |    | 25V | NC | 5X6 | | |
| 1691 | Total | | | SALES AMOUNT | | 15,134.45 |
|      |       | | | OTHER COST AMOUNT | | |

| REMARKS | | | |
|---|---|---|---|
| | CURRENCY  USD | TOTAL AMOUNT DUE: | 15,134.45 |

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED

TERMS OF SALE FOR THIS TRANSACTION ARE STATED ON THE REVERSE SIDE OF THIS INVOICE

Exhibit 1 Page 7 of 8

3/05/08 INVOICE LL4007-001

# INVOICE



Page 1

Chiquita Fresh North America L.L.C.

REMIT TO:
CHIQUITA FRESH NA (FRUPAC)
3005 SOLUTIONS CENTER
CHICAGO, IL  60677-3000

SOLD TO:
SAMMY'S PRODUCE
1280 N. MELROSE
P.O. BOX 0095
VISTA, CA  92083-3469
SAMMYCA

SHIP TO:
SAMMY'S PRODUCE
1280 N. MELROSE
P.O. BOX 0095
VISTA, CA  92083
SAMMYCA

IF NAME AND/OR ADDRESS IS OTHER THAN SHOWN PLEASE CORRECT ON REMITTANCE COPY

SEE BACK OF INVOICE REGARDING MEXICAN TOMATO SUSPENSION AGREEMENT

| PURCHASE ORD. | SALES TERMS | SHIP DATE | PAYMENT TERMS | DUE DATE | INTERNAL INFORMATION |
|---|---|---|---|---|---|
| NA | F | 3/05/08 | NET 10 | 3/22/08 | |

| QUANT. | PRODUCT CODE | | | | PRICE PER | AMOUNT |
|---|---|---|---|---|---|---|
| 126 | CU CU | CUCUMBER 30V CQ | PL | | 6.95 | 875.70 |
| 408 | TM TM | CHERRY TOMATO 22V CQ | XL | | 3.05 | 1,244.40 |
| 480 | TM TM | ROMA TOMATO 25V CQ | LG | | 6.95 | 3,336.00 |
| 640 | TM TM | ROMA TOMATO 25V CQ | MD | | 5.95 | 3,808.00 |
| 1654 | Total | | | SALES AMOUNT | | 9,264.10 |
| | | | | OTHER COST AMOUNT | | |

REMARKS  CURRENCY  USD

TOTAL AMOUNT DUE:  9,264.10

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES. ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES, UNTIL FULL PAYMENT IS RECEIVED

TERMS OF SALE FOR THIS TRANSACTION ARE STATED ON THE REVERSE SIDE OF THIS INVOICE

Exhibit 1 Page 8 of 8