Dean T. Kirby, Jr., Bar No. 090114
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, CA  92101-4515
Telephone: (619) 685-4000
Facsimile: (619) 685-4004
dkirby@kirbymac.com

Louis W. Diess, III
McCARRON & DIESS
4900 Massachusetts Ave., N.W., Suite 310
Washington, D.C. 20016
Telephone: (202) 364-0400
Facsimile: (202) 364-2731
ldiess@mccarronlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH, N.A., L.L.C. | |
| Plaintiff | |
| v. | Civil Action No: 08-CV714 JLS(POR) |
| SAMMY'S PRODUCE, INC., et al | **APPLICATION FOR PRELIMINARY INJUNCTION** |
| Defendants | |

Upon the verified affidavit of the representative of the plaintiff, and the accompanying memorandum in support, plaintiff hereby applies to the Court to issue a preliminary injunction under Rule 65(b) of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant to Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c), by restraining the transfer of any and all trust assets of Sammy's

/ / /

/ / /

/ / /

Produce, Inc., except for any payment to plaintiff until there is full payment to plaintiff of $73,545.90, pending the final outcome of this action.

Dated this 17th day of April, 2008

        KIRBY & McGUINN, A P.C.

By: _____
    Dean T. Kirby, Jr., Bar No. 090114
    600 B Street, Suite 1950
    San Diego, California 92101-4515
    (619) 685-4000

        McCARRON & DIESS

By: _____
    Louis W. Diess, III
    4900 Massachusetts Ave., N.W.
    Suite 310
    (202) 364-0400
    (202) 364-2731 fax

        Attorneys for Plaintiff

Produce, Inc., except for any payment to plaintiff until there is full payment to plaintiff of $73,545.90, pending the final outcome of this action.

Dated this 17th day of April, 2008

KIRBY & McGUINN, A P.C.

By: _____
Dean T. Kirby, Jr., Bar No. 090114
600 B Street, Suite 1950
San Diego, California 92101-4515
(619) 685-4000

McCARRON & DIESS

By: _____
Louis W. Diess, III
4900 Massachusetts Ave., N.W.
Suite 310
(202) 364-0400
(202) 364-2731 fax

Attorneys for Plaintiff

Chiquita Fresh v. Sammy's Produce, et al.
Application for Preliminary Injunction

Case No.
Page 2