Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

08 APR 18 PM 3:57

DEPUTY

CHIQUITA FRESH, N.A., L.L.C.
250 East Fifth Street
Cincinnati, Ohio 45202
(513) 784-8000

vs

SAMMY'S PRODUCE, INC.
1635 Rosencrans Street, Suite D
San Diego, California 92106
(760) 631-4250

and

SEE ATTACHED

**SUMMONS IN A CIVIL ACTION**

Case No. 08-CV714 JLS(POR)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

KIRBY & McGUINN
600 B. Street, Suite 1950
San Diego, California 92101-4515
619-685-4000

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

APR 1 8 2008
DATE

By _____, Deputy Clerk

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

ATTACHMENT TO SUMMONS
CASE NO. 08CV714 JLS(POR)


YAN SKWARA
1635 Rosencrans Street, Suite D
San Diego, California 92106
(760) 631-4250

    and

SAMUEL V. NUCCI
1635 Rosencrans Street, Suite D
San Diego, California 92106
(760) 631-4250

    and

DARIN PINES
1635 Rosencrans Street, Suite D
San Diego, California 92106
(760) 631-4250