```
 1  Dean T. Kirby, Jr., Bar No. 090114
    Leonard J. Ackerman, Bar No. 171073
 2  KIRBY & McGUINN, A P.C.
    600 B Street, Suite 1950
 3  San Diego, CA 92101-4515
    Telephone: (619) 985-4000
 4  Facsimile: (619) 685-4004
    dkirby@kirbymac.com
 5
 6  Louis W. Diess, III
    McCARRON & DIESS
 7  4900 Massachusetts Ave., N.W., Suite 310
    Washington, D.C. 20016
 8  Telephone: (202) 364-0400
    Facsimile: (202) 364-2731
 9  ldiess@mccarronlaw.com
10  Attorneys for Plaintiff
11              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF CALIFORNIA
12
13  CHIQUITA FRESH, N.A., L.L.C.        :
                                        :
14              Plaintiff               :
                                        :
15        v.                            :   Civil Action No: 08-CV714 JLS(POR)
                                        :
16  SAMMY'S PRODUCE, INC., et al        :   NOTICE OF HEARING
                                        :
17              Defendants              :
18  To:   SAMMY'S PRODUCE, INC.
          1635 Rosencrans Street, Suite D
19        San Diego, California 92106
20
          YAN SKWARA
21        1635 Rosencrans Street, Suite D
          San Diego, California 92106
22
23        SAMUEL V. NUCCI
          1635 Rosencrans Street, Suite D
24        San Diego, California 92106
25        and
26        DARIN PINES
          1635 Rosencrans Street, Suite D
27        San Diego, California 92106
28
```

1  PLEASE TAKE NOTICE that a hearing on the attached Preliminary Injunction is
2  set to be heard on May 9, 2008 at 10:30 A.M., or as soon thereafter as counsel may be
3  heard, at Courtroom 6 of the Edward J. Schwartz United States District Courthouse, 940
4
5  Front Street, San Diego, CA 92101-8900.
6  Dated this 23rd day of April, 2008
7                                             KIRBY & McGUINN, A P.C.
8                                             By: _____
9                                             Leonard J. Ackerman,
                                               Attorney for Plaintiff,
10                                            Chiquita Fresh, N.A., LLC

Dean T. Kirby, Jr., Bar No. 090114
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, CA 92101-4515
Telephone: (619) 685-4000
Facsimile: (619) 685-4004
dkirby@kirbymac.com

Louis W. Diess, III
McCARRON & DIESS
4900 Massachusetts Ave., N.W., Suite 310
Washington, D.C. 20016
Telephone: (202) 364-0400
Facsimile: (202) 364-2731
ldiess@mccarronlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CHIQUITA FRESH, N.A., L.L.C.

Plaintiff

v.

SAMMY'S PRODUCE, INC., et al

Defendants

Civil Action No: 08-CV714 JLS(POR)

**PROOF OF SERVICE**

I, Tina Floros, declare under penalty of perjury that the following facts are true and correct:

I am a resident of the State of California and over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of KIRBY & McGUINN, A P.C., and my business address is 600 B Street, Suite 1950, San Diego, California 92101. On April 23, 2008, I served the following document(s):

- **ORDER: GRANTING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER; and**

- **NOTICE OF HEARING by**

■ **PERSONAL SERVICE:** will be personally served on all Defendants via professional personal process service addressed as shown below:

Sammy's Produce, Inc.
1635 Rosencrans Street, Suite D
San Diego, CA 92106

Yan Skwara
1635 Rosencrans Street, Suite D
San Diego, CA 92106

Samuel V. Nucci
1635 Rosencrans Street, Suite D
San Diego, CA 92106

Darin Pines
1635 Rosencrans Street, Suite D
San Diego, CA 92106

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 23, 2008, at San Diego, California.

_____
Tina Floros

Chiquita Fresh v. Sammy's Produce, et al.
Proof of Service

Case No. 08-CV714 JLS(POR)
Page 2