Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

CHIQUITA FRESH, N.A., L.L.C.
250 East Fifth Street
Cincinnati, Ohio 45202
(513) 784-8000

vs

SAMMY'S PRODUCE, INC.
1635 Rosencrans Street, Suite D
San Diego, California 92106
(760) 631-4250

and

SEE ATTACHED

SUMMONS IN A CIVIL ACTION

Case No. 08-CV714 JLS(POR)

TO: (Name and Address of Defendant)

Sammy's Produce, Inc.
1635 Rosencrans Street, Suite D
San Diego, CA 92106

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

KIRBY & McGUINN
600 B. Street, Suite 1950
San Diego, California 92101-4515
619-685-4000

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
_____
CLERK

By _____, Deputy Clerk

APR 1 8 2008
_____
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)



| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

   Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____

Date        Signature of Server

            Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

ATTACHMENT TO SUMMONS
CASE NO. 08CV714 JLS(POR)


YAN SKWARA
1635 Rosencrans Street, Suite D
San Diego, California 92106
(760) 631-4250

    and

SAMUEL V. NUCCI
1635 Rosencrans Street, Suite D
San Diego, California 92106
(760) 631-4250

    and

DARIN PINES
1635 Rosencrans Street, Suite D
San Diego, California 92106
(760) 631-4250

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| KIRBY & MCGUINN, APC<br>DEAN T. KIRBY, JR., ESQ., 090114<br>600 "B" STREET, 1950<br>SAN DIEGO, CA  92101 | (619) 685-4000 | |
| ATTORNEY FOR *(Name):* | Ref. No. or File No.<br>TINA/CHIQUITA | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
880 FRONT STREET - SUITE 4290
SAN DIEGO, CA  92101

PLAINTIFF:

CHIQUITA

DEFENDANT:

SAMMY'S

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08 CV-714 JLS (POR) |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
# DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED PARTIES

ON: SAMMY'S PRODUCE, INC.

AT 1635 ROSECRANS STREET, SUITE D
   EL CAJON, CA 92020

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
SYLVIA SNYDER, - OFFICE MANAGER

ON: 04/29/2008
AT: 10:15 am

**Manner of service** in compliance with Federal Code of Civil Procedure.


Fee for Service: $42.50
Registered California process server.
County: SAN DIEGO
Registration No.: 968
Diversified Legal Services, Inc.
4665 Park Blvd
San Diego, CA 92116
6192608224

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on April 30, 2008 at SAN DIEGO, California.

Signature: _____
STEPHEN GEBERT 163836

**PROOF OF SERVICE**

Order#: 163836/GProof39

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>DEAN T. KIRBY, JR., ESQ.<br>KIRBY & MCGUINN, APC<br>600 "B" STREET 1950 SAN DIEGO, CA 92101 | SBN: 090114 | FOR COURT USE ONLY |
| TELEPHONE NO.: (619) 685-4000 | FAX NO.: (619) 685-4004 | |
| E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | | |

UNITED STATES DISTRICT COURT
STREET ADDRESS: 880 FRONT STREET - SUITE 4290
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME: SOUTHERN DISTRICT

PLAINTIFF/PETITIONER: CHIQUITA
DEFENDANT/RESPONDENT: SAMMY'S

**PROOF OF SERVICE BY MAIL**

CASE NUMBER:
08 CV-714 JLS (POR)

I am a citizen of the United States and employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 4665 PARK BLVD, SAN DIEGO, CA 92116.

On April 29, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED PARTIES

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SAN DIEGO, CA 92116, California, addressed as follows:

SAMMY'S PRODUCE, INC.
1635 ROSECRANS STREET SUITE D
EL CAJON, CA 92020

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SAN DIEGO, CA 92116, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $42.50

County: San Diego
Registration No.: 968
DIVERSIFIED LEGAL SERVICES, INC
4665 PARK BLVD
SAN DIEGO, CA 92116
(619) 260-8224

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on April 30, 2008.

Signature: _____
KEVIN GILBERT

**PROOF OF SERVICE BY MAIL**

Order#: 163836/GProof5