Leonard Ackerman, Bar No. 171073
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, CA 92101-4515
Telephone: (619) 525-1652
Facsimile: (619) 685-4004
LAckerman@kirbymac.com

Louis W. Diess, III
McCARRON & DIESS
4900 Massachusetts Ave., N.W., Suite 310
Washington, D.C. 20016
Telephone: (202) 364-0400
Facsimile: (202) 364-2731
ldiess@mccarronlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH, N.A., L.L.C., et al. : <br> : <br> Plaintiffs : <br> : <br> v. : <br> : <br> SAMMY'S PRODUCE, INC., et al : <br> : <br> Defendants : | Case No: 08-CV00714 JLS (POR) <br><br> **AMENDED APPLICATION FOR PRELIMINARY INJUNCTION** |

Upon the verified affidavit of the representative of the Chiquita Fresh, N.A., LLC ("Chiquita"), and the accompanying memorandum in support, plaintiffs Chiquita and Andrew & Williams Sales Co., Inc. ("A&W") hereby apply to the Court to issue a preliminary injunction under Rule 65(b) of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant to Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c), by restraining the transfer of any and all trust assets of Sammy's

Produce, Inc., except for any payment to plaintiffs until there is full payment to plaintiffs of $125,878.32, pending the final outcome of this action.

Dated this 2nd day of May, 2008

                                          KIRBY & McGUINN, A P.C.

                                 By: s/ Leonard J. Ackerman
                                       Attorneys for Plaintiff
                                       Email: lackerman@kirbymac.com