Leonard Ackerman, Bar No. 171073
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, CA 92101-4515
Telephone: (619) 525-1652
Facsimile: (619) 685-4004
LAckerman@kirbymac.com

Louis W. Diess, III
McCARRON & DIESS
4900 Massachusetts Ave., N.W., Suite 310
Washington, D.C. 20016
Telephone: (202) 364-0400
Facsimile: (202) 364-2731
ldiess@mccarronlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH, N.A., L.L.C., et al.<br><br>Plaintiffs<br><br>v.<br><br>SAMMY'S PRODUCE, INC., et al<br><br>Defendants | Civil Action No: 3:08-cv-00714<br><br>**DECLARATION IN SUPPORT OF APPLICATION FOR PRELIMINARY INJUNCTION** |

Ira Gershow, being duly sworn, deposes and says:

1. I am the Chief Financial Officer of Andrew & Williams Sales Co., Inc. ("A&W"), and make this Affidavit in support of an application for preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure.

2. I am personally familiar with all matters which are the subject of this proceeding and the facts set forth in this declaration are within my personal knowledge. If called upon as a witness, I would and could competently testify to all facts stated in this declaration.

3. A&W is a corporation with a principal place of business in San Diego, CA, which sells wholesale quantities of perishable agricultural commodities (hereafter "produce"). A&W is a produce dealer subject to and licensed under the Perishable

Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499a *et. seq.* (hereafter "PACA").

4. a. Sammy's Produce, Inc. ("Sammy's Produce") is a produce dealer as defined by 7 U.S.C. §499a and operates subject to and is licensed under the PACA.

b. Upon information and belief, Yan Skwara, Samuel V. Nucci and Darin Pines are and were responsible for the day-to-day operations of Sammy's Produce during the time in question and were in a position of control over the PACA trust assets belonging to A&W.

5. The sales and accounts receivable records of A&W including invoices and account statements, are made in the ordinary course of business and are made at or near the time of the occurrence of the event of which they are a record. These business records are made by me or under my direction and supervision by employees whose duty it is to prepare such documents.

6. My responsibilities include monitoring the sale of produce, including those sales that are the subject of this dispute. My responsibilities also include supervising collection of the accounts receivable for such sales, including Sammy's Produce's account which is the subject of the present application. I have custody and control of the sales and accounts receivable records of A&W as they relate to Sammy's Produce and I am thoroughly familiar with the manner in which those records are compiled.

7. Between December 19, 2007 and January 22, 2008, A&W sold and delivered to defendants, in interstate commerce, various wholesale lots of produce worth $52,332.42 which remains unpaid. (Copies of the outstanding invoices are attached hereto as Exhibit 1.)

8. Defendants accepted the produce received from A&W.

9. A&W preserved its interest in the PACA trust in the amount of $52,332.42 by timely delivering invoices to defendants, which contained the language required under

Section 5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c). (See Exhibit 1 attached hereto.)

10. Defendants are obligated to hold in trust all produce-related assets received from the sale of produce in order to pay $52,332.42 to A&W.

11. Last week, the A&W accounts receivable department told me that Sammy's Produce was having severe cash flow problems, but would still try to pay.

12. Defendants' failure, refusal and inability to pay, demonstrate that defendants are failing to maintain sufficient assets in the statutory trust, and are dissipating assets.

13. Unless the assets of the defendant corporation are frozen, it is likely the trust assets will continue to be dissipated. As a result, A&W will suffer immediate and irreparable harm because it will lose the trust assets and rights that are owed under the statute.

14. No provisional remedy has been secured or sought in this action, and no prior application has been made for the same or similar relief as is sought herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2008

Andrew & Williamson Sales Co., Inc.

[signature]
Ira Gershow

Subscribed and sworn to before me this 24 day of April 2008.

[signature]
Notary Public

My commission expires: June 13, 2009

ALMA A. REGALADO
Commission # 1579429
Notary Public - California
San Diego County
My Comm. Expires Jun 13, 2009

# Exhibit 1

Age Analysis by Customer/Ship Date

Andrew & Williamson Fresh Produce

| Ship Date | Order No. | Cust PO | Slsprsn | Pay Terms | Sale Terms | Hold | Invc Amt | Rcpt Amt | Balance | Days |
|---|---|---|---|---|---|---|---|---|---|---|
| **Sammy's** | | | **1169** | **Phone: (760) 6314250** | | **Credit Limit Amt: 75,000.00** | | **Credit Limit Days: 0** | | |
| Dec 19, 2007 | 121643 | | Mitch Williai | Net 10 | Market - FOB | No | 8,110.00 | .00 | 8,110.00 | 119 |
| Jan 04, 2008 | 122384 | | Mitch Williai | Net 10 | Market - FOB | No | 12,800.00 | .00 | 12,800.00 | 103 |
| Jan 09, 2008 | 122802 | SAMMY'S | Mitch Williai | Net 10 | Market - FOB | No | 11,200.00 | .00 | 11,200.00 | 98 |
| Jan 14, 2008 | 123002 | | Mitch Williai | Net 10 | Market - FOB | No | 8,932.60 | .00 | 8,932.60 | 93 |
| Jan 17, 2008 | 123259 | 13441 | Mitch Williai | Net 10 | Market - FOB | No | 3,945.00 | .00 | 3,945.00 | 90 |
| Jan 17, 2008 | 123260 | 13445 | Mitch Williai | Net 10 | Market - FOB | No | 4,716.00 | .00 | 4,716.00 | 90 |
| Jan 18, 2008 | 123322 | 13448 | Mitch Williai | Net 10 | Market - FOB | No | 1,275.10 | .00 | 1,275.10 | 89 |
| Jan 22, 2008 | 123476 | 13452 | Mitch Williai | Net 10 | Market - FOB | No | 1,353.72 | .00 | 1,353.72 | 85 |
| Total: Sammy's | | | | | | | 52,332.42 | .00 | 52,332.42 | |
| Grand Total: | | | | | | | 52,332.42 | .00 | 52,332.42 | |

Number of Invoices: 8



# INVOICE





Andrew & Williamson Fresh Produce
9940 Marconi Drive
San Diego CA 92154

**Invoice #:** 121643
**Invoice:** Dec 19, 2007
**Ship:** Dec 19, 2007
**Pay Terms:** Net 10

**Sold To:** Sammy's
P.O. Box 0095
Vista CA 92085-0095
USA

**Ship To:** Sammy's
1280 N. Melrose.
Vista CA 92085-0095
USA

Page 1 of 1

| | | | |
|---|---|---|---|
| **Sale Terms:** Market - FOB | **Salesperson:** Mitch Williamson | **Carrier:** SAMMIS | |
| **Order:** Dec 19, 2007 | **Via:** Truck | **Trailer lic:** 175A85T | **St:** CA |
| **Cust PO:** | **Currency:** USD | **Broker:** | |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Roma Box 25 lbs XL Baja Clasic | 240 | 10.00 | 2,400.00 |
| Roma Box 25 lbs L Baja Clasic | 52 | 10.00 | 520.00 |
| Roma Box 25 lbs M Baja Clasic | 22 | 10.00 | 220.00 |
| Roma Box 25 lbs S Baja Clasic | 160 | 10.00 | 1,600.00 |
| Organic Roma Box 25lb L #2 | 13 | 10.00 | 130.00 |
| Roma Modular XL #2 | 39 | 10.00 | 390.00 |
| Roma Modular L #2 | 160 | 10.00 | 1,600.00 |
| Roma Modular M #2 | 23 | 10.00 | 230.00 |
| Roma Modular XL Limited Edition | 49 | 10.00 | 490.00 |
| Roma Modular L Limited Edition | 28 | 10.00 | 280.00 |
| Roma Box 25 lbs XL Limited Edition | 25 | 10.00 | 250.00 |
| Chep | 10 | | .00 |
| INVOICE TOTAL: | 811 | | 8,110.00 |

**Make Checks Payable To: Andrew _Williamson Sales Company**

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Andrew & Williamson Fresh Produce
9940 Marconi Drive
San Diego CA 92154
(619) 661-6004

**Ship:** Dec 19, 2007
**Load:** Dec 19, 2007 14:10
**Out:** Dec 19, 2007 15:35
**Dlvr By:**
**Driver:** RAUL
**Driver Lic:**

**Order #:** 121643
**Cust PO:**
**Terms:** Market - FOB
**Slsprsn:** Mitch Williamson
**Truck Lic:**
**Trailer Lic:** 175A85T CA

**To (Consignee):**
Sammy's
P.O. Box 0095
Vista CA 92085-0095
USA

**Destination:** Sammy's
1280 N. Melrose.
Vista CA 92085-0095
USA
**Telephone:** (760) 6314250



**Carrier:** SAMMIS
**Carrier Arranged By:**
**Truck Brkr:**
**Temp Degrees F.** **Low:** **High:**
**Ship Via:** Truck **Loaded At:** Otay
**Ship Charges Paid By:**

**Reporting Instructions:**

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 240 | 240 | Roma Box 25 lbs XL Baja Clasic | 6000 |
| 52 | 52 | Roma Box 25 lbs L Baja Clasic | 1300 |
| 22 | 22 | Roma Box 25 lbs M Baja Clasic | 550 |
| 160 | 160 | Roma Box 25 lbs S Baja Clasic | 4000 |
| 13 | 13 | Organic Roma Box 25lb L #2 | 325 |
| 126 | 39 | Roma Modular XL #2 | 975 |
| 188 | 160 | Roma Modular L #2 | 4000 |
| 23 | 23 | Roma Modular M #2 | 575 |
| 49 | 49 | Roma Modular XL Limited Edition | 1225 |

**Inspection:** **Recorder No:** **Chart No:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

Contract Terms and Conditions

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or ommision of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

**Shipper:** [signature] **Date** 12-19-07

**Carrier:** Raul Gonzalez **Date** 12/19/07
Received above in good shipping condition and verified count.

**Consignee:** ____________ **Date** ____________
Received above perishable property in good order, except as noted.




# INVOICE




Andrew & Williamson Fresh Produce
9940 Marconi Drive
San Diego CA 92154

**Invoice #:** 122384
**Invoice:** Jan 04, 2008
**Ship:** Jan 04, 2008
**Pay Terms:** Net 10

**Sold To:** Sammy's
P.O. Box 0095
Vista CA 92085-0095
USA

**Ship To:** Sammy's
1280 N. Melrose.
Vista CA 92085-0095
USA

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** Market - FOB | **Salesperson:** Mitch Williamson | **Carrier:** SAMLI'S |
| **Order:** Jan 04, 2008 | **Via:** Truck | **Trailer lic:** 4GJ8002 **St:** CA |
| **Cust PO:** | **Currency:** USD | **Broker:** |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Roma Modular S Limited Edition | 1600 | 8.00 | 12,800.00 |
| Chep | 20 | | .00 |
| INVOICE TOTAL: | 1600 | | 12,800.00 |

**Make Checks Payable To: Andrew _Williamson Sales Company**

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Andrew & Williamson Fresh Produce
9940 Marconi Drive
San Diego CA 92154
(619) 661-6004

**Ship:** Jan 04, 2008
**Load:** Jan 04, 2008 10:32
**Out:** Jan 04, 2008 11:27
**Dlvr By:**
**Driver:** PEDRO
**Driver Lic:**

**Order #:** 122384
**Cust PO:**
**Terms:** Market - FOB
**Slsprsn:** Mitch Williamson
**Truck Lic:**
**Trailer Lic:** 4GJ8002 CA

**To (Consignee):**
Sammy's
P.O. Box 0095
Vista CA 92085-0095
USA

**Destination:** **Telephone:** (760) 6314250
Sammy's
1280 N. Melrose.
Vista CA 92085-0095
USA

Page 1 of 1

**Carrier:** SAMLI'S
**Carrier Arranged By:**
**Truck Brkr:**
**Temp Degrees F.** **Low:** 48 **High:** 50
**Ship Via:** Truck **Loaded At:** Otay
**Ship Charges Paid By:**

**Reporting Instructions:**

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 1600 | 1600 | Roma Modular S Limited Edition | 40000 |
| 1600 | 1600 | | 40000 |
| | 20 | Chep | |

**Inspection:** **Recorder No:** **Chart No:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

**Contract Terms and Conditions**

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or ommission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the orgin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will compy with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

**RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.**

**Shipper:** [signature] **Date** 1·04·08

**Carrier:** [signature] **Date** 1/4/08
Received above in good shipping condition and verified count.

**Consignee:** ______ **Date** ______
Received above perishable property in good order, except as noted.




# INVOICE




Andrew & Williamson Fresh Produce
9940 Marconi Drive
San Diego CA 92154

**Invoice #:** 122802
**Invoice:** Jan 09, 2008
**Ship:** Jan 09, 2008
**Pay Terms:** Net 10

**Sold To:** Sammy's
P.O. Box 0095
Vista CA 92085-0095
USA

**Ship To:** Sammy's
1280 N. Melrose.
Vista CA 92085-0095
USA

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** Market - FOB | **Salesperson:** Mitch Williamson | **Carrier:** SAMMY'S |
| **Order:** Jan 09, 2008 | **Via:** Truck | **Trailer lic:** 4GJ8002 **St:** CA |
| **Cust PO:** SAMMY'S | **Currency:** USD | **Broker:** |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Roma Modular M #2 | 535 | 7.00 | 3,745.00 |
| Roma Modular S #2 | 28 | 7.00 | 196.00 |
| Roma Modular L #2 | 338 | 7.00 | 2,366.00 |
| Roma Modular XL #2 | 293 | 7.00 | 2,051.00 |
| Roma Box 25 lbs L Baja Clasic | 320 | 7.00 | 2,240.00 |
| Organic Roma Box 25lb L #2 | 86 | 7.00 | 602.00 |
| Chep | 20 | | .00 |
| INVOICE TOTAL: | 1600 | | 11,200.00 |

**Make Checks Payable To: Andrew _Williamson Sales Company**

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Andrew & Williamson Fresh Produce
9940 Marconi Drive
San Diego CA 92154
(619) 661-6004

**Ship:** Jan 09, 2008
**Load:** Jan 09, 2008 16:57
**Out:** Jan 09, 2008 16:48
**Dlvr By:**
**Driver:** PEDRO
**Driver Lic:**

**Order #:** 122802
**Cust PO:** SAMMY'S
**Terms:** Market - FOB
**Slsprsn:** Mitch Williamson
**Truck Lic:**
**Trailer Lic:** 4GJ8002 CA

SAMMY'S

**To (Consignee):**
Cash Sales
9940 Marconi Dr
San Diego CA 92011
USA

**Destination:** **Telephone:**
Cash Sales
9940 Marconi Dr
San Diego CA 92011
USA



**Carrier:** SAMMY'S
**Carrier Arranged By:**
**Truck Brkr:**
**Temp Degrees F.** **Low:** 48 **High:** 50
**Ship Via:** Truck **Loaded At:** Otay
**Ship Charges Paid By:**

**Reporting Instructions:**

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 535 | 535 | Roma Modular M #2 | 13375 |
| 28 | 28 | Roma Modular S #2 | 700 |
| 338 | 338 | Roma Modular L #2 | 8450 |
| 293 | 293 | Roma Modular XL #2 | 7325 |
| 320 | 320 | Roma Box 25 lbs L Baja Clasic | 8000 |
| 86 | 86 | Organic Roma Box 25lb L #2 | 2150 |
| 1600 | 1600 | | 40000 |
| | 20 | Chep | |

700

**Inspection:** **Recorder No:** **Chart No:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

**Contract Terms and Conditions**

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or ommision of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the orgin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will compy with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

**RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.**

Shipper: [signature] Date 01-09-08.

Carrier: [signature] Date 0/9/08
Received above in good shipping condition and verified count.

Consignee: ______________ Date ______
Received above perishable property in good order, except as noted.



# INVOICE




Andrew & Williamson Fresh Produce
9940 Marconi Drive
San Diego CA 92154

**Invoice #:** 123002
**Invoice:** Jan 14, 2008
**Ship:** Jan 14, 2008
**Pay Terms:** Net 10

**Sold To:** Sammy's
P.O. Box 0095
Vista CA 92085-0095
USA

**Ship To:** Sammy's
1280 N. Melrose.
Vista CA 92085-0095
USA

Page 1 of 1

**Sale Terms:** Market - FOB
**Order:** Jan 14, 2008
**Cust PO:**

**Salesperson:** Mitch Williamson
**Via:** Truck
**Currency:** USD

**Carrier:** SAMMY'S
**Trailer lic:** 4GJ8002 **St:** CA
**Broker:**

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Roma Modular L #2 | 69 | 5.90 | 407.10 |
| Roma Modular XL #2 | 11 | 5.90 | 64.90 |
| Organic Roma Box 25lb M Limited Edition | 160 | 5.90 | 944.00 |
| Organic Roma Box 25lb M | 320 | 5.90 | 1,888.00 |
| Roma Modular M Limited Edition | 30 | 5.90 | 177.00 |
| Roma Modular L Limited Edition | 512 | 5.90 | 3,020.80 |
| Roma Modular S Limited Edition | 412 | 5.90 | 2,430.80 |
| Chep | 19 | | .00 |
| INVOICE TOTAL: | 1514 | | 8,932.60 |

**Make Checks Payable To: Andrew _Williamson Sales Company**

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Andrew & Williamson Fresh Produce
9940 Marconi Drive
San Diego CA 92154
(619) 661-6004

**Ship:** Jan 14, 2008
**Load:** Jan 14, 2008 13:04
**Out:** Jan 14, 2008 14:34
**Dlvr By:**
**Driver:** PEDRO
**Driver Lic:**

**Order #:** 123002
**Cust PO:**
**Terms:** Market - FOB
**Slsprsn:** Mitch Williamson
**Truck Lic:**
**Trailer Lic:** 4GJ8002 CA

**To (Consignee):**
Sammy's
P.O. Box 0095
Vista CA 92085-0095
USA

**Destination:** **Telephone:** (760) 6314250
Sammy's
1280 N. Melrose.
Vista CA 92085-0095
USA



**Carrier:** SAMMY'S

**Carrier Arranged By:**
**Truck Brkr:**

**Temp Degrees F.** **Low:** **High:**
**Ship Via:** Truck **Loaded At:** Otay
**Ship Charges Paid By:**

**Reporting Instructions:**

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 500 | 69 | Roma Modular L #2 | 1725 |
| 11 | 11 | Roma Modular XL #2 | 275 |
| 160 | 160 | Organic Roma Box 25lb M Limited Edition | 4000 |
| 320 | 320 | Organic Roma Box 25lb M | 8000 |
| 800 | 30 | Roma Modular M Limited Edition | 750 |
| 600 | 512 | Roma Modular L Limited Edition | 12800 |
| 1600 | 412 | Roma Modular S Limited Edition | 10300 |
| 3991 | 1514 | | 37850 |

**Inspection:** **Recorder No:** **Chart No:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

**Contract Terms and Conditions**

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possesion of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or ommision of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the orgin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will compy with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

**RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.**

**Shipper:** [signature] **Date** [handwritten]

**Carrier:** [signature] **Date** 1/14/08
Received above in good shipping condition and verified count.

**Consignee:** ____________ **Date** ____________
Received above perishable property in good order, except as noted.




# INVOICE




Andrew & Williamson Fresh Produce
9940 Marconi Drive
San Diego CA 92154

**Invoice #:** 123259
**Invoice:** Jan 17, 2008
**Ship:** Jan 17, 2008
**Pay Terms:** Net 10

**Sold To:** Sammy's
P.O. Box 0095
Vista CA 92085-0095
USA

**Ship To:** Sammy's
1280 N. Melrose.
Vista CA 92085-0095
USA

Page 1 of 1

**Sale Terms:** Market - FOB
**Order:** Jan 17, 2008
**Cust PO:** 13441

**Salesperson:** Mitch Williamson
**Via:** Truck
**Currency:** USD

**Carrier:** SAMMY'S
**Trailer lic:** 4GJ8002 **St:** CA
**Broker:**

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Roma Modular M Limited Edition | 677 | 2.50 | 1,692.50 |
| Roma Modular L Limited Edition | 588 | 2.50 | 1,470.00 |
| Roma Modular XL Limited Edition | 168 | 2.50 | 420.00 |
| Roma Modular S Limited Edition | 145 | 2.50 | 362.50 |
| Chep | 20 | | .00 |
| INVOICE TOTAL: | 1578 | | 3,945.00 |

**Make Checks Payable To: Andrew Williamson Sales Company**

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Andrew & Williamson Fresh Produce
9940 Marconi Drive
San Diego CA 92154
(619) 661-6004

**Ship:** Jan 17, 2008
**Load:** Jan 17, 2008 14:09
**Out:** Jan 17, 2008 15:03
**Dlvr By:**
**Driver:** PEDRO
**Driver Lic:**

**Order #:** 123259
**Cust PO:**
**Terms:** Market - FOB
**Slsprsn:** Mitch Williamson
**Truck Lic:**
**Trailer Lic:** 4GJ8002 CA

**To (Consignee):**
Sammy's
P.O. Box 0095
Vista CA 92085-0095
USA

**Destination:** **Telephone:** (760) 6314250
Sammy's
1280 N. Melrose.
Vista CA 92085-0095
USA



**Carrier:** SAMMY'S
**Carrier Arranged By:**
**Truck Brkr:**
**Temp Degrees F.** **Low:** 48 **High:** 50
**Ship Via:** Truck **Loaded At:** Otay
**Ship Charges Paid By:**

**Reporting Instructions:**

| Ordered | Shipped | Product Description | Gross Weight |
|---|---|---|---|
| 677 | 677 | Roma Modular M Limited Edition | 16925 |
| 1265 | 588 | Roma Modular L Limited Edition | 14700 |
| 168 | 168 | Roma Modular XL Limited Edition | 4200 |
| 145 | 145 | Roma Modular S Limited Edition | 3625 |
| 2255 | 1578 | | 39450 |
| | 20 | Chep | |

**Inspection:** **Recorder No:** **Chart No:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

**Contract Terms and Conditions**

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or ommision of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the orgin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will compy with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

**RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.**

**Shipper:** [signature] **Date** 01-17-08.

**Carrier:** [signature] **Date** 1/17/08
Received above in good shipping condition and verified count.

**Consignee:** ____________ **Date** ____________
Received above perishable property in good order, except as noted.

# INVOICE








Andrew & Williamson Fresh Produce
9940 Marconi Drive
San Diego CA 92154

**Invoice #:** 123260
**Invoice:** Jan 17, 2008
**Ship:** Jan 17, 2008
**Pay Terms:** Net 10

**Sold To:** Sammy's
P.O. Box 0095
Vista CA 92085-0095
USA

**Ship To:** Sammy's
1280 N. Melrose.
Vista CA 92085-0095
USA

Page 1 of 1

**Sale Terms:** Market - FOB
**Order:** Jan 17, 2008
**Cust PO:** 13445

**Salesperson:** Mitch Williamson
**Via:** Truck
**Currency:** USD

**Carrier:** GL TRKG
**Trailer lic:** 4AL8667 **St:** CA
**Broker:**

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Roma Modular M Limited Edition | 1040 | 3.00 | 3,120.00 |
| Roma Modular L Limited Edition | 392 | 3.00 | 1,176.00 |
| Roma Box 25 lbs XL Baja Clasic | 140 | 3.00 | 420.00 |
| Organic Roma Box 25lb L Baja Clasic | 5 | | .00 |
| Chep | 20 | | .00 |
| INVOICE TOTAL: | 1577 | | 4,716.00 |

**Make Checks Payable To: Andrew _Williamson Sales Company**

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Andrew & Williamson Fresh Produce
9940 Marconi Drive
San Diego CA 92154
(619) 661-6004

**Ship:** Jan 17, 2008
**Load:** Jan 17, 2008 17:51
**Out:** Jan 17, 2008 19:04
**Dlvr By:**
**Driver:** TEODORO
**Driver Lic:**

**Order #:** 123260
**Cust PO:**
**Terms:** Market - FOB
**Slsprsn:** Mitch Williamson
**Truck Lic:**
**Trailer Lic:** 4AL8667 CA

**To (Consignee):**
Sammy's
P.O. Box 0095
Vista CA 92085-0095
USA

**Destination:** **Telephone:** (760) 6314250
Sammy's
1280 N. Melrose.
Vista CA 92085-0095
USA

Page 1 of 1

**Carrier:** GL TRKG
**Carrier Arranged By:**
**Truck Brkr:**
**Temp Degrees F.** **Low:** 48 **High:** 50
**Ship Via:** Truck **Loaded At:** Otay
**Ship Charges Paid By:**

**Reporting Instructions:**

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 1040 | 1040 | Roma Modular M Limited Edition | 26000 |
| 392 | 392 | Roma Modular L Limited Edition | 9800 |
| 140 | 140 | Roma Box 25 lbs XL Baja Clasic | 3500 |
| 5 | 5 | Organic Roma Box 25lb L Baja Clasic | 125 |
| 1577 | 1577 | | 39425 |
| | 20 | Chep | |

**Inspection:** **Recorder No:** **Chart No:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

**Contract Terms and Conditions**

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possesion of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or ommision of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the orgin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will compy with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: [signature] Date 01-17-08

Carrier: [signature] Date 1-17-08
Received above in good shipping condition and verified count.

Consignee: ______ Date ______
Received above perishable property in good order, except as noted.



# INVOICE





Andrew & Williamson Fresh Produce
9940 Marconi Drive
San Diego CA 92154

**Invoice #:** 123322
**Invoice:** Jan 18, 2008
**Ship:** Jan 18, 2008
**Pay Terms:** Net 10

**Sold To:** Sammy's
P.O. Box 0095
Vista CA 92085-0095
USA

**Ship To:** Sammy's
1280 N. Melrose.
Vista CA 92085-0095
USA

Page 1 of 1

**Sale Terms:** Market - FOB
**Order:** Jan 18, 2008
**Cust PO:** 13448
**Salesperson:** Mitch Williamson
**Via:** Truck
**Currency:** USD
**Carrier:** GL TRKG
**Trailer lic:** 4A8667 **St:** CA
**Broker:**

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Roma Modular L Limited Edition | 1155 | .82 | 947.10 |
| Organic Roma Box 25lb M Limited Edition | 80 | .82 | 65.60 |
| Roma Modular S Limited Edition | 320 | .82 | 262.40 |
| Chep | 20 | | .00 |
| INVOICE TOTAL: | 1555 | | 1,275.10 |

**Make Checks Payable To: Andrew Williamson Sales Company**

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Andrew & Williamson Fresh Produce
9940 Marconi Drive
San Diego CA 92154
(619) 661-6004

**Ship:** Jan 18, 2008
**Load:** Jan 18, 2008 17:56
**Out:** Jan 18, 2008 18:34
**Dlvr By:**
**Driver:** TEODORO
**Driver Lic:**

**Order #:** 123322
**Cust PO:**
**Terms:** Market - FOB
**Slsprsn:** Mitch Williamson
**Truck Lic:**
**Trailer Lic:** 4A8667 CA

**To (Consignee):**
Sammy's
P.O. Box 0095
Vista CA 92085-0095
USA

**Destination:** **Telephone:** (760) 6314250
Sammy's
1280 N. Melrose.
Vista CA 92085-0095
USA

Page 1 of 1

**Carrier:** GL TRKG
**Carrier Arranged By:**
**Truck Brkr:**
**Temp Degrees F.** **Low:** 48 **High:** 50
**Ship Via:** Truck **Loaded At:** Otay
**Ship Charges Paid By:**

**Reporting Instructions:**

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 1200 | 1155 | Roma Modular L Limited Edition | 28875 |
| 80 | 80 | Organic Roma Box 25lb M Limited Edition | 2000 |
| 1600 | 320 | Roma Modular S Limited Edition | 8000 |
| 2880 | 1555 | | 38875 |
| | 20 | Chep | |

**Inspection:** **Recorder No:** **Chart No:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

**Contract Terms and Conditions**

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possesion of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or ommision of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the orgin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will compy with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

**RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.**

**Shipper:** [signature] **Date** 1/18

**Carrier:** [signature] **Date** 1/18
Received above in good shipping condition and verified count.

**Consignee:** **Date**
Received above perishable property in good order, except as noted.

# INVOICE

Andrew Williamson FRESH PRODUCE

Andrew & Williamson Fresh Produce
9940 Marconi Drive
San Diego CA 92154




**Invoice #:** 123476
**Invoice:** Jan 22, 2008
**Ship:** Jan 22, 2008
**Pay Terms:** Net 10

**Sold To:** Sammy's
P.O. Box 0095
Vista CA 92085-0095
USA

**Ship To:** OLYMPIC FRUIT & VEGETABLE
1601 E. Olympic Blvd.
Bldg. 200, Bays 90021-0831
LOS ANGLES CA 90021-0831
USA

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** Market - FOB | **Salesperson:** Mitch Williamson | **Carrier:** SAMMY'S |
| **Order:** Jan 22, 2008 | **Via:** Truck | **Trailer lic:** 4GS8002 **St:** CA |
| **Cust PO:** 13452 | **Currency:** USD | **Broker:** |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Roma RPC 25 lbs L Limited Edition | 80 | .87 | 69.60 |
| Roma Modular M Limited Edition | 48 | .87 | 41.76 |
| Roma Modular XL Limited Edition | 32 | .87 | 27.84 |
| Roma Modular S Limited Edition | 560 | .87 | 487.20 |
| Organic Roma Box 25lb M Limited Edition | 509 | .87 | 442.83 |
| Organic Roma Box 25lb L Limited Edition | 19 | .87 | 16.53 |
| Organic Roma Box 25lb S Limited Edition | 68 | .87 | 59.16 |
| Roma RPC 25 lbs S Limited Edition | 240 | .87 | 208.80 |
| Chep | 21 | | .00 |
| INVOICE TOTAL: | 1556 | | 1,353.72 |

**Make Checks Payable To: Andrew Williamson Sales Company**

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Andrew & Williamson Fresh Produce
9940 Marconi Drive
San Diego CA 92154
(619) 661-6004

**Ship:** Jan 22, 2008
**Load:** Jan 22, 2008 12:20
**Out:** Jan 22, 2008 13:18
**Dlvr By:**
**Driver:** PEDRO
**Driver Lic:**

**Order #:** 123476
**Cust PO:**
**Terms:** Market - FOB
**Slsprsn:** Mitch Williamson
**Truck Lic:**
**Trailer Lic:** 4GS8002 CA

**To (Consignee):**
Sammy's
P.O. Box 0095
Vista CA 92085-0095
USA

**Destination:** **Telephone:**
OLYMPIC FRUIT & VEGETABLE
1601 E. Olympic Blvd.
Bldg. 200, Bays 90021-0831
LOS ANGLES CA 90021-0831
USA



**Carrier:** SAMMY'S

**Carrier Arranged By:**
**Truck Brkr:**

**Temp Degrees F.** **Low:** **High:**
**Ship Via:** Truck **Loaded At:** Otay
**Ship Charges Paid By:**

**Reporting Instructions:**

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 80 | 80 | Roma RPC 25 lbs L Limited Edition | 2000 |
| 48 | 48 | Roma Modular M Limited Edition | 1200 |
| 32 | 32 | Roma Modular XL Limited Edition | 800 |
| 1120 | 560 | Roma Modular S Limited Edition | 14000 |
| 300 | 509 | Organic Roma Box 25lb M Limited Edition | 12725 |
| 300 | 19 | Organic Roma Box 25lb L Limited Edition | 475 |
| 300 | 68 | Organic Roma Box 25lb S Limited Edition | 1700 |
| 300 | 240 | Roma RPC 25 lbs S Limited Edition | 6000 |
| 2480 | 1556 | | 38900 |

**Inspection:** **Recorder No:** **Chart No:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

**Contract Terms and Conditions**

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or ommision of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the orgin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will compy with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

**RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.**

**Shipper:** [signature] **Date** 1/22

**Carrier:** [signature] **Date** 1/22/08
Received above in good shipping condition and verified count.

**Consignee:** **Date**
Received above perishable property in good order, except as noted.