Dean T. Kirby, Jr., Bar No. 090114
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, CA 92101-4515
Telephone: (619) 685-4000
Facsimile: (619) 685-4004
dkirby@kirbymac.com

Louis W. Diess, III
McCARRON & DIESS
4900 Massachusetts Ave., N.W., Suite 310
Washington, D.C. 20016
Telephone: (202) 364-0400
Facsimile: (202) 364-2731
ldiess@mccarronlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CHIQUITA FRESH, N.A., L.L.C.

Plaintiff

v.

SAMMY'S PRODUCE, INC., et al

Defendants

Civil Action No: 08-CV714 JLS(POR)

**PROOF OF SERVICE**

I, Tina Floros, declare under penalty of perjury that the following facts are true and correct:

I am a resident of the State of California and over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of KIRBY & McGUINN, A P.C., and my business address is 600 B Street, Suite 1950, San Diego, California 92101. On May 2, 2008, I served the following document(s):

1) **AMENDED APPLICATION FOR PRELIMINARY INJUNCTION;**

2) **DECLARATION IN SUPPORT OF APPLICATION FOR PRELIMINARY INJUNCTION;**

Chiquita Fresh v. Sammy's Produce, et al.
Proof of Service

Case No. 08-CV714 JLS(POR)
Page 1

3) **[PROPOSED] ORDER GRAINTING PRELIMINARY INJUNCTION by**

- ■ **MAIL:** by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as shown below. I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

- ☐ **PERSONAL SERVICE:** by personally serving by hand-delivery, via the same in an envelope(s) addressed as shown below:

- ☐ **OVERNIGHT DELIVERY:** by enclosing, a true copy(ies) in a sealed Federal Express/Overnite Express envelope(s) addressed as shown below.

- ☐ **VIA FACSIMILE:** by transmitting via telefax to the number(s) shown below:

Sammy's Produce, Inc.
1635 Rosencrans Street, Suite D
San Diego, CA 92106

Yan Skwara
1635 Rosencrans Street, Suite D
San Diego, CA 92106

Samuel V. Nucci
1635 Rosencrans Street, Suite D
San Diego, CA 92106

Darin Pines
1635 Rosencrans Street, Suite D
San Diego, CA 92106

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 2, 2008, at San Diego, California.

*/s/ Tina Floros*
Tina Floros

Chiquita Fresh v. Sammy's Produce, et al.
Proof of Service

Case No. 08-CV714 JLS(POR)
Page 2