IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHIQUITA FRESH, N.A., L.L.C. | : | |
| Plaintiff | : | |
| v. | : | Civil Action No: 08-CV714 JLS(POR) |
| SAMMY'S PRODUCE, INC., et al | : | **ORDER ON STIPULATION** |
| Defendants | : | |

HAVING REVIEWED AND CONSIDERED the foregoing Stipulation and order, and it appearing to the satisfaction of the court the relief in accordance with the terms of the Stipulation and Order should be entered, it is hereby

ORDERED that the Stipulation is approved; and

IT IS ORDERED that the hearing on Plaintiffs' Amended Motion for Preliminary Injunction shall proceed on May 9, 2008 as previously scheduled.

Date: May 7, 2008

*Janis L. Sammartino*
Hon. Janis. L. Sammartino
United States District Judge

1