Leonard Ackerman, Bar No. 171073
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, CA 92101-4515
Telephone: (619) 525-1652
Facsimile: (619) 685-4004
LAckerman@kirbymac.com

Louis W. Diess, III
McCARRON & DIESS
4900 Massachusetts Ave., N.W., Suite 310
Washington, D.C. 20016
Telephone: (202) 364-0400
Facsimile: (202) 364-2731
ldiess@mccarronlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH, N.A., L.L.C., et al. <br><br> Plaintiffs <br><br> v. <br><br> SAMMY'S PRODUCE, INC., et al <br><br> Defendants | Civil Action No: 3:08-cv-00714 <br><br> **JOINT MOTION TO POSTPONE HEARING ON PRELIMINARY INJUNCTION** |

Plaintiffs, Chiquita Fresh N.A., LLC and Andrew & Williamson Sales Co., Inc. ("Plaintiffs"), by and through their attorneys, and Defendants, Sammy's Produce, Inc., Yan Skwara, Samuel V. Nucci and Darin Pines, by and through their attorneys, consent, agree and stipulate to the following:

1. The hearing on Plaintiff's Preliminary Injunction scheduled for May 9, 2008 at 10:30 A.M. in courtroom #6 of the Edward J. Schwartz United States District Courthouse, 940

1

1  Front Street, San Diego, CA 92101 shall be postponed until Friday, May 16, 2008 at 10:30 A.M. at
2  the identical location.
3      2.    This Stipulation and Order may be executed by the Parties or by the Parties'
4  authorized counsel acting with active authority from their principal in Counterparts, and collectively
5  
6  all signed Counterparts represent one Agreement.
7      3.    The Parties acknowledge having had the opportunity to discuss this Stipulation and
8  Order with their respective attorneys, and that they have availed themselves of that opportunity to
9  the extent they have desired to do so.
10
11
12  IT IS SO AGREED AND APPROVED AS TO FORM AND CONTENT:
13  Dated this 8th day of May, 2008.
14  KIRBY & McGUINN, A P.C.                    McCARRON & DIESS
15
16  By: _____                 By: _____   ON BEHALF OF LOUIS W. DIESS
    Leonard Ackerman Bar No. 171073           Louis W. Diess, III
17      600 B Street, Suite 1950                  4900 Massachusetts Ave., N.W.
    San Diego, California 92101-4515          Suite 310
18      (619) 685-4000                            (202) 364-0400
19
20  *Attorneys for Plaintiffs*
21  BRYAN W. PEASE
22
23  By: _____
24      Bryan W. Pease, Esq.
    302 Washington St. #404
25      San Diego, CA 92103
    (619) 723-0369
26      (619) 923-1001
27  *Attorney for Defendants*
28

Dean T. Kirby, Jr., Bar No. 090114
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, CA 92101-4515
Telephone: (619) 685-4000
Facsimile: (619) 685-4004
dkirby@kirbymac.com

Louis W. Diess, III
McCARRON & DIESS
4900 Massachusetts Ave., N.W., Suite 310
Washington, D.C. 20016
Telephone: (202) 364-0400
Facsimile: (202) 364-2731
ldiess@mccarronlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CHIQUITA FRESH, N.A., L.L.C.

    Plaintiff

v.

SAMMY'S PRODUCE, INC., et al

    Defendants

Civil Action No: 08-CV714 JLS(POR)

**PROOF OF SERVICE**

I, Tina Floros, declare under penalty of perjury that the following facts are true and correct:

I am a resident of the State of California and over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of KIRBY & McGUINN, A P.C., and my business address is 600 B Street, Suite 1950, San Diego, California 92101. On May 8, 2008, I served the following document(s):

1) **JOINT MOTION TO POSTPONE HEARING ON PRELIMINARY INJUNCTION by**

    ■  **MAIL:** by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United

Chiquita Fresh v. Sammy's Produce, et al.
Proof of Service

Case No. 08-CV714 JLS(POR)
Page 1

States mail, with postage fully prepaid, addressed as shown below. I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

☐ **PERSONAL SERVICE:** by personally serving by hand-delivery, via the same in an envelope(s) addressed as shown below:

☐ **OVERNIGHT DELIVERY:** by enclosing, a true copy(ies) in a sealed Federal Express/Overnite Express envelope(s) addressed as shown below.

☐ **VIA FACSIMILE:** by transmitting via telefax to the number(s) shown below:

<u>Attorneys for Defendants</u>
Bryan W. Pease, Esq.
302 Washington Street, #404
San Diego, CA 92103

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 8, 2008, at San Diego, California.

_____
Tina Floros

Chiquita Fresh v. Sammy's Produce, et al.
Proof of Service

Case No. 08-CV714 JLS(POR)
Page 2