IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH, N.A., L.L.C. | |
| Plaintiff | |
| v. | Civil Action No: 08-CV714 JLS (POR) |
| SAMMY'S PRODUCE, INC., et al | **ORDER ON JOINT MOTION TO POSTPONE HEARING ON PRELIMINARY INJUNCTION** |
| Defendants | |

HAVING REVIEWED AND CONSIDERED the foregoing Joint Motion to Postpone Hearing on Preliminary Injunction, and it appearing to the satisfaction of the court that relief in accordance with the terms of the Joint Motion should be entered, it is hereby ORDERED that the Joint Motion is approved; and

IT IS ORDERED that the hearing on Plaintiffs' Amended Motion for Preliminary Injunction shall proceed on Thursday, May 15, 2008 at 1:30 p.m.

Dated: May 8, 2008.

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Court Judge