Leonard Ackerman, Bar No. 171073
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, CA 92101-4515
Telephone: (619) 525-1652
Facsimile: (619) 685-4004
LAckerman@kirbymac.com

Louis W. Diess, III
McCARRON & DIESS
4900 Massachusetts Ave., N.W., Suite 310
Washington, D.C. 20016
Telephone: (202) 364-0400
Facsimile: (202) 364-2731
ldiess@mccarronlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CHIQUITA FRESH, N.A., L.L.C., et al.

Plaintiffs

v.

SAMMY'S PRODUCE, INC., et al

Defendants

Civil Action No: 3:08-cv-00714

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Chiquita Fresh, N.A., LLC and Andrew & Williamson Sale Co., Inc., and Defendants Sammy's Produce, Inc., Yan Skwara, Samuel V. Nucci and Darin Pines, by and through their undersigned counsel, hereby stipulate to a dismissal this case with prejudice, with each party to bear its own costs.

STIPULATED BY THE PARTIES:

Dated: May 13, 2008

McCARRON & DIESS

By: _____ ON BEHALF OF LOUIS W. DIESS III
Louis W. Diess, III
4900 Massachusetts Ave., N.W.
Suite 310

1

```
 1                                         Washington, DC 20016
                                           (202) 364-0400
 2                                         (202) 364-2731 (fax)
                                           ldiess@mccarronlaw.com
 3

 4
                                           KIRBY & McGUINN, P.C.
 5
 6   Dated: May 13, 2008                   By:/s/ Leonard Ackerman
                                              Leonard Ackerman
 7                                            600 B Street, Suite 1950
                                              San Diego, CA 92101
 8                                            (619) 525-1652
                                              lackerman@kirbymac.com
 9
                                           Attorneys for Plaintiffs
10
11
                                           BRYAN W. PEASE
12
13   Dated: May 13, 2008                   By:
14                                            Bryan W. Pease
                                              302 Washington St. #404
15                                            San Diego, CA 92103
                                              (619) 723-0369
16                                            (619) 923-1001

17                                         Attorneys Defendants
18
19
20
21
22
23
24
25
26
27
28
```