IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH, N.A., L.L.C. | : |
| Plaintiff | : |
| v. | : Civil Action No: 08-CV714 JLS (POR) |
| SAMMY'S PRODUCE, INC., et al | : **ORDER DISMISSING CASE** |
| Defendants | : **WITH PREJUDICE** |

## ORDER

HAVING REVIEWED AND CONSERED the Stipulation to Dismiss with Prejudice, and it appearing to the satisfaction of the court it is HEREBY ORDERED that the above-referenced case be dismissed with prejudice, with each party to bear its own costs.

Dated  May 14, 2008.

*Janis L. Sammartino*
Honorable. Janis L. Sammartino
United States District Court Judge

1